## JACKSON *v.* THE STATE.

From the Switzerland Circuit Court.

*W. M. Smith*, *J. A. Works*, and *J. D. Works*, for appellant.
*J. C. Denny*, Attorney General, for the State.

BUSKIRK, J.—The same question arises in this case that arose and was decided in the case of *Christie* v. *The State*, 44 Ind. 408; and for the reasons there stated, the judgment in the present case is reversed, with costs.